UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THEOPHILUS JONES,
    Plaintiff,

vs.                                    Case No.: 3:20cv5544/LAC/EMT

MARK INCH, et al.,
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

      This matter is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). Plaintiff also filed a motion for leave to proceed in forma pauperis (IFP) (*see* ECF No. 2). Plaintiff failed to provide the requisite supporting documentation for the IFP motion—specifically, a Prisoner Consent Form and Financial Certificate signed by a prison official (*id.*). The undersigned thus issued an order denying Plaintiff's IFP motion without prejudice to Plaintiff refiling an IFP motion with the required supporting documentation (ECF No. 4).

      The undersigned directed the clerk of court to provide Plaintiff with the court-approved IFP forms and allowed Plaintiff thirty days in which to either pay the filing fee or obtain leave to proceed in forma pauperis (*id.*). The undersigned advised

that failure to comply with the court's order as instructed would result in a recommendation that the case be dismissed (*id.* at 2).

On July 14, 2020, Plaintiff filed another IFP motion, which also was deficient—again, because Plaintiff submitted an incomplete Prisoner Consent Form and Financial Certificate (ECF No. 5). The undersigned thus again directed the clerk of court to provide Plaintiff with the court-approved IFP forms and allowed Plaintiff thirty days in which to either pay the filing fee or obtain leave to proceed in forma pauperis (ECF No. 6). The undersigned also advised that failure to comply with the order as instructed would result in a recommendation that the case be dismissed (*id.* at 2).

After Plaintiff failed to comply within the time allowed, the court entered an order on August 27, 2020, directing Plaintiff to show cause, within thirty days, why the case should not be dismissed for failure to comply with an order of the court and advising that failure to comply with the order would result in a recommendation that the case be dismissed (ECF No. 7). The time for compliance with the show cause order has now elapsed, and Plaintiff has not paid the filing fee or submitted an IFP motion.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 2nd day of October 2020.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**